NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

JESSE GRAHAM
3680 WILSHIRE BLVD
STE 1092 STE 04
LOS ANGELES CA 90010

FILED
CLERK, U.S. DISTRICT COURT

1/30/23

CENTRAL DISTRICT OF CALIFORNIA
BY: **CS** DEPUTY

CLEAR FORM

ATTORNEY(S) FOR: PLAINTIFF PRO SE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JESSIE BRAHAM ETAL | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV23-728-DSF(PLAx) |
| SONY ATV /BIG MACHINE RECORDS | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____JESSIE BRAHAM_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JESSE GRAHAM | PLAINTIFF |
| SONY *MUSIC* PUBLISHING | DEFENDANT |
| BIG MACHINE RECORDS PUBLISHING COMPANY | DEFENDANT |
| TAYLOR SWIFT | DEFENDANT |
| SHELLBACK | DEFENDANT |
| MAXX MARTIN | DEFENDANT |

1/30/2023
Date

S/JESSIE BRAHAM
Signature

Attorney of record for (or name of party appearing in pro per):

JESSIE BRAHAM

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES