AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>**1/30/23**<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: CS       DEPUTY | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION        ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| DOCKET NO.                DATE FILED<br>2:23-cv-00728-MWF-PLA      2/26/2013 | **CV23-728-DSF(PLAx)** |
| PLAINTIFF<br>JESSIE BRAHAM DBA<br>SMIGGEREEN OF A SMAGGEREEN<br>MUSIC BMI | DEFENDANT<br>SONY T MUSIC PUBLISHING ET AL<br><br>10365 SANTA MONICA BLVD # 300<br>LOS ANGELES CA,90025 |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  SR 876-628 | HATER GONE HATE | JESSIE J BRAHAM |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment        ☐ Answer        ☐ Cross Bill        ☐ Other Pleading |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED NOTICE of Voluntary Dismissal<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☒ No | DATE RENDERED<br>05/03/2023 |
|---|---|---|

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>Lori Muraoka | DATE<br>5/5/2023 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy